

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

In the matter of the Estate of            * From the 220th District
Amber Lea Lowery, deceased,                   Court of Comanche County,
                                              Trial Court No. CV13613.

No. 11-14-00253-CV                          * October 16, 2014

                                            * Per Curiam Memorandum Opinion
                                              (Panel consists of: Wright, C.J.,
                                              Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Michael L. Lowery.